

**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703

July 22, 2024

direct dial 404 815 6572
CHenn@ktslaw.com

**VIA ECF**

Hon. Miroslav Lovric
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13261-7346

    Re:   *Car-Freshner Corp., et al. v. Meta Platforms, Inc.*, 5:22-cv-1305 (MAD/ML)

Dear Magistrate Judge Lovric:

    We represent the Defendant, Meta Platforms, Inc. ("Meta") in this action.

    The Court's July 22 Order (Dkt. 96) schedules an in-person hearing for this Thursday, July 25, on the pending motion for leave to amend the complaint (Dkt. 81). Counsel for Meta are unable to appear on Thursday due to other previously scheduled commitments, and so we respectfully request that the Court adjust the date of the hearing to next week.

    Indeed, at Your Honor's request, the parties had conferred and provided a list of dates on which they are all available for this hearing. That list of dates appears at the end of Meta's Opposition Brief (Dkt 95) at page 23 (p. 28 of the Dkt). For convenience, the dates counsel had agreed upon were as follows:

- Tuesday, July 30, from 10-1
- Wednesday, July 31, from 2-5
- Thursday, August 1, from 2-5
- Friday, August 2, from 10-1

    Meta respectfully requests that the hearing be set on one of these dates and times.

Respectfully submitted,

R. Charles Henn Jr.