

**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

3 Times Square
New York, NY 10036

December 16, 2024

H. Forrest Flemming, III
direct dial 404 532 6869
FFlemming@ktslaw.com

<u>VIA ECF</u>

Hon. Miroslav Lovric
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13261-7346

    Re:    *Car-Freshner Corp., et al. v. Meta Platforms, Inc.*, 5:22-cv-1305 (MAD/ML)

Dear Magistrate Judge Lovric:

    I write jointly on behalf of Defendant Meta Platforms, Inc. ("Meta") and Plaintiffs Car-Freshner Corporation and Julius Sämann, Ltd. to request an additional one-week extension of interim discovery deadlines while the parties finalize a settlement agreement. Since the parties requested the first one-week extension of deadlines on December 4, 2024 (Dkt. No 194), the parties have made great progress in settlement negotiations and are working to finalize the agreement. The parties presently have a December 16 deadline to comply with the Court's November 25 Order (Dkt. Nos. 192, 195) and a December 18 deadline to submit status reports (Dkt. No. 195). Meta also has a December 19 deadline to serve responses and objections to Plaintiffs' sixth set of document requests (Dkt. No. 195).

    The parties jointly request that the Court extend the foregoing deadlines by one week. Good cause exists for this brief extension because it will allow the parties to focus their resources on finalizing settlement of this action without Court involvement.

    The parties thank the Court for its consideration of this request.

                                    Best regards,

                                    <u>*/s/ H. Forrest Flemming III*</u>
                                    H. Forrest Flemming III

cc: All Counsel of Record, via ECF